NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

07-998

STATE OF LOUISIANA

VERSUS

ONE (1) 1953, 4 DOOR GREEN CHEVROLET, VIN # LAA843774, ET AL.

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 58,871
HONORABLE CHARLES BLAYLOCK ADAMS, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Oswald A. Decuir, Marc T. Amy, and Billy H. Ezell, Judges.

**APPEAL DISMISSED.**

**Elvin Clemence Fontenot, Jr.**
**Attorney at Law**
**110 East Texas Street**
**Leesville, LA 71446**
**(337) 239-2684**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    Earnest McCray, Jr.

**Anna Louise Garcie**
**Attorney at Law**
**Post Office Box 575**
**Many, LA 71449**
**(318) 729-9104**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    **State of Louisiana**

**Earnest McCray, Jr.**
**FCC (Med), #13210-035**
**Post Office Box 26040**
**Beaumont, TX 77720**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Earnest McCray, Jr.**

EZELL, Judge.

On August 15, 2007, this court issued a rule for the Appellant to show cause by brief only why the appeal in the instant case should not be dismissed as untimely. For the reasons below, we dismiss the appeal.

On April 10, 2006, Appellee, the State of Louisiana, through the Sabine Parish District Attorney, filed an application for warrant of seizure for forfeiture on the basis of the owner of the property at issue having engaged in conduct giving rise to forfeiture, as specified in La.R.S. 40:2601, et seq. On March 26, 2007, the trial court rendered judgment forfeiting the property at issue. Notice of judgment was sent on March 28, 2007. No motion for new trial was filed. On June 27, 2007, Appellant filed a motion for appeal.

An appeal that does not suspend the effect or execution of an appealable order or judgment may be taken within sixty days of the expiration of the delay for applying for a new trial. La.Code Civ.P. art. 2087(A)(1). The delay for applying for a new trial is seven days, exclusive of legal holidays, from the mailing of notice of judgment. La.Code Civ.P. art. 1974.

In the instant case, the notice of judgment was mailed on March 28, 2007. The delay for applying for a new trial expired on April 9, 2007. No motion for new trial was filed. Thus, the delay for filing a devolutive appeal expired on June 8, 2007. As the instant appeal was not filed until June 27, 2007, it was not timely filed. Therefore, this court does not have jurisdiction. The appeal is dismissed.

**APPEAL DISMISSED.**

This opinion is **NOT DESIGNATED FOR PUBLICATION.**
Rules 2-16.2 and 2-16.3, Uniform Rules, Courts of Appeal.

1